IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GUADALUPE MACIAS-MARTINEZ,

     Petitioner,

                                          JUDGMENT IN A CIVIL CASE

v.                                     Case No. 09-cv-691-slc

WARDEN HOLINKA Oxford
Correctional Institution,

     Respondent.

     This action came for consideration before the court with DISTRICT JUDGE
BARBARA B. CRABB  presiding.  The issues have been considered and a decision has
been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of

habeas corpus for petitioner's failure to show that he is in custody in violation of the

Constitution or laws of the United States.

_____

Peter Oppeneer, Clerk of Court

2/18/10

Date